**Electronically Filed**
**Supreme Court**
**SCWC-12-0000590**
**13-DEC-2013**
**08:56 AM**

SCWC-12-0000590

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CALVIN D. ELIZARES, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000590; S.P.P. NO. 11-1-0015(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ)

Petitioner/Petitioner-Appellant Calvin D. Elizares's application for writ of certiorari filed on November 6, 2013, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 13, 2013.

Calvin D. Elizares,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

